Thiago M. Coelho, Esq. (SBN 324715)
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, Esq. (SBN 336468)
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff CRYSTAL REDICK and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PINEAPPLE HOSPITALITY COMPANY d/b/a STAYPINEAPPLE, a Washington corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02964-SVW-AGR<br><br>*Hon. Judge Stephen A. Wilson*<br>*Courtroom 10A, 10th floor*<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint filed: May 3, 2022<br>Trial date: None set |

NOTICE OF SETTLEMENT

    Plaintiff Crystal Redick ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of Plaintiff's individual claims and without prejudice of the claims of the purported class in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within forty-five (45) days if a settlement is not finalized.

Dated: August 8, 2022      **WILSHIRE LAW FIRM**

By: /s/ *Binyamin Manoucheri*
Thiago M. Coelho, Esq.
Binyamin I. Manoucheri, Esq.
*Attorneys for Plaintiff Crystal Redick*