Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PINEAPPLE HOSPITALITY COMPANY d/b/a STAYPINEAPPLE, a Washington corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:22-CV-02964-SVW-AGR<br><br>Honorable Judge Stephen V. Wilson<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: May 3, 2022<br>Trial Date: None |

1
NOTICE OF SETTLEMENT

Plaintiff Crystal Redick ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled. A notice of dismissal with prejudice of Plaintiff's claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) will be filed upon execution of a formal settlement agreement.

Dated: October 31, 2022                    Respectfully Submitted,

                                                        */s/ Binyamin I. Manoucheri*
                                                        Thiago M. Coelho
                                                        Binyamin I. Manoucheri
                                                        **WILSHIRE LAW FIRM**
                                                        *Attorneys for Plaintiff*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 31, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: October 31, 2022      */s/ Binyamin I. Manoucheri*
                             Binyamin I. Manoucheri