JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PINEAPPLE HOSPITALITY COMPANY d/b/a STAYPINEAPPLE, a Washington corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02964-SVW-AGR<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint filed:   May 3, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's claims. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED:   May 9,   , 2023       By: _____
                                     Hon. Stephen V. Wilson
                                     United States District Judge

1
ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 2:22-cv-02964-SVW-AGR